JOHN WEBB v. WATERS, BIVENS & CORLEY.

(No. 881, Op. Book No. 2, p. 691.)

APPEAL from —— County.   Opinion by WALKER, P. J.

§ 1349. *Payment of a note given for land cannot be resisted where there is a general warranty, no fraud or ignorance, and no eviction.* Where the vendee gives his note for the purchase money, and takes a deed with general warranty, and there is no fraud on the part of the vendor, nor ignorance on the part of the vendee as to a defect in the title, the vendee cannot successfully resist the payment of the note unless he has been evicted; proof of a paramount outstanding title in a third person is no defense. [Brock v. Southwick, 10 Tex. 65; Baldridge v. Cook, 27 Tex. 565.]

November 23, 1880.                              Affirmed.